**HELEN F. DALTON & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

November 6, 2026

**Via ECF**
**The Honorable Judge Sidney H. Stein**
United States District Court
Southern District of New York
500 Pearl Street, New York,
New York 100071

**MEMO ENDORSED**

Re: ***Tene et al v. IAG Construction Inc. et al.***
**SDNY Case No.: 1:26-cv-07246-SHS**

Dear Judge Stein:

Our office represents the Plaintiffs in the above-referenced matter, and we respectfully submit this motion to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for November 12, 2026.

The Clerk of Court has entered Certificates of Default against Defendants Gurinder P. Pal, Izabela A. Pal, and IAG Construction Inc. on October 27, 2026. Dkt. Nos. 21-23. Plaintiffs thereafter served the Certificates of Default on all Defendants by mail on October 27, 2026. Dkt. No. 24. In addition, Plaintiffs have attempted to contact Defendants by telephone regarding this action and the pending conference, but those calls were not answered.

Accordingly, Plaintiffs respectfully request that the Court adjourn the November 12, 2026 Initial Pretrial Conference and grant Plaintiffs leave to file a motion for default judgment against all Defendants within thirty (30) days of the Court's endorsement of this letter motion, pursuant to Your Honor's Individual Rules. In the event that the Defendants contact our office or retain counsel on this matter, we can promptly notify The Court of same.

This is Plaintiffs' first request for adjournment of the initial pretrial conference.

We thank the Court for its consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

Roman Avshalumov

Roman Avshalumov, Esq.

*CC: via USPS Mailing*

**IAG CONSTRUCTION INC.**
40 Roosevelt Ave, Hicksville, New York 11801
2 Sean Lane, Mount Sinai, NY 11766

**GURINDER P. PAL**
2 Sean Lane, Mount Sinai, NY 11766

**IZABELA A. PAL**
2 Sean Lane, Mount Sinai, NY 11766

**If plaintiffs move for default judgments they must follow Fed. R. Civ. P. 55 and paragraph 4 of the Individual Practices of this Court. Those motions shall be filed on or before December 4, 2026, and made returnable on January 7, 2027, at 9:30 a.m. in Courtroom 23A. The November 12 conference is cancelled.**

**Dated: New York, New York**

**November 6, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**